# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| **BRYAN C. SPEARS,**  )<br> )<br>**Plaintiff,**  )<br> )<br> )<br>**v.**  )<br> )<br> )<br>**WELLS FARGO BANK N.A. d/b/a WELLS**  )<br>**FARGO HOME MORTGAGE; EQUIFAX**  )<br>**INFORMATION SERVICES, LLC; TRANS**  )<br>**UNION LLC; and EXPERIAN INFORMATION**  )<br>**SOLUTIONS, INC.,**  )<br> )<br>**Defendants.**  ) | **CIVIL ACTION NO.**<br>**3:21-cv-00047-GFVT** |

## NOTICE OF SETTLEMENT

**COME NOW** Plaintiff Bryan C. Spears and Defendant Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage ("Wells Fargo"), by and through their undersigned counsel of record, and hereby notify the Court that a settlement has been reached as to all claims of Plaintiff against Wells Fargo in this matter. The parties are currently drafting the settlement documents. The parties respectfully request that this Honorable Court allow the parties sixty (60) days to file a joint stipulation of dismissal.

Respectfully submitted on this 23rd day of November, 2021.

| | |
|---|---|
| */s/ Reid S. Manley* | */s/ David W. Hemminger* |
| Reid S. Manley, Esq. (KY Bar #90360) | David W. Hemminger, Esq. |
| BURR & FORMAN LLP | HEMMINGER LAW OFFICE, P.S.C. |
| 420 North 20th Street, Suite 3400 | 331 Townepark Circle |
| Birmingham, AL 35203 | Louisville, KY 40243 |
| Email: rmanley@burr.com | Email: robertgindel@robertgindel.com |
| | |
| *Attorney for Defendant Wells Fargo Bank, N.A.* | *Counsel for Plaintiff Bryan C. Spears* |

46735297 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2021, a copy of the foregoing was filed electronically and notice of this filing will be sent by operation of the Court's electronic filing system to the following parties of record:

| | |
|---|---|
| David W. Hemminger<br>HEMMINGER LAW OFFICE, P.S.C.<br>331 Townepark Circle<br>Louisville, Kentucky 40243<br>hemmingerlawoffice@gmail.com<br>*Attorney for Plaintiff* | Sandra Davis Jansen<br>SCHUCKIT & ASSOCIATES, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>sjansen@schuckitlaw.com<br>*Attorney for Defendant Trans Union, LLC* |

                                            */s/ Reid S. Manley*
                                            OF COUNSEL