IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
(FRANKFORT DIVISION)

BRYAN SPEARS                                          PLAINTIFF

v.                                          CASE NO.: 3:21-cv-00047-GFVT

WELLS FARGO BANK, N.A. et al.                       DEFENDANTS

## NOTICE OF SETTLEMENT

Defendant, Equifax Information Services, LLC ("Equifax"), and Plaintiff, Bryan Spears, hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final settlement documents.

Respectfully submitted this 1st day of December, 2021.

                                                                           HEMMINGER LAW OFFICE, PSC

                                                                           /s/ *David W. Hemminger*
                                                                           David W. Hemminger
                                                                           HEMMINGER LAW OFFICE, P.S.C.
                                                                           331 Townepark Circle, Suite 100-C
                                                                           Louisville, KY 40243
                                                                           Tel: (502) 443-1060
                                                                           Fax: (502) 873-5300
                                                                           Email: hemmingerlawoffice@gmail.com
                                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                              */s/ David W. Hemminger*
                                              David W. Hemminger