UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| BRYAN C. SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:21-cv-00047-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE., *et al.*, | ) ) ) | **ORDER** |
| Defendants. | | |

*** *** *** ***

This matter is before the Court on the Plaintiff Bryan Spears's, and Defendant Wells Fargo Bank N.A.'s Agreed Order dismissing Wells Fargo with prejudice. [R. 21.] The parties being in agreement, and the Court being sufficiently advised, it is hereby **ORDERED** that all of the Plaintiff's claims against Wells Fargo N.A. in this action shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to pay their own costs and fees. This Order does not affect the Plaintiff's claims against any other Defendant.

This the 15th day of December, 2021.

Gregory F. Van Tatenhove
United States District Judge