UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
(FRANKFORT DIVISION)

| | |
|---|---|
| BRYAN C. SPEARS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:21-CV-00047-GFVT |
| TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| Defendants. | ) |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S JOINT NOTICE OF SETTLEMENT

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Bryan C. Spears ("Plaintiff") hereby notify the Court that Experian and Plaintiff have reached a settlement in principle as to Plaintiff's claims against Experian. Experian requests that the Court suspend all case deadlines as to Experian for forty-five (45) days, in order for Experian and Plaintiff to finalize settlement and file a stipulation of dismissal with prejudice. Experian further requests that it be excused from participating in the parties' Rule 26(f) meeting, as required by the Court's March 30, 2022 Order (Doc. No. 24).

Dated: April 26, 2022                               Respectfully submitted,

                                                    /s/ David W. Hemminger (with permission)
                                                    David W. Hemminger
                                                    HEMMINGER LAW OFFICE, P.S.C.
                                                    331 Townepark Circle, Suite 100-C

Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiff*


*/s/ Christopher P. Farris*
Christopher P. Farris (Bar # 96248)
BILLINGS LAW FIRM, PLLC
145 Constitution St.
Lexington, KY 40507-2112
Telephone:  (859) 225-5240
Facsimile:  (859) 225-5241
cpfarris@blfky.com
*Attorney for Defendant
Experian Information Solutions, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will serve all counsel of record.

/s/ *Christopher P. Farris*
*Attorney for Defendant*
*Experian Information Solutions, Inc.*