UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| BRYAN C. SPEARS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:21-cv-00047-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE., *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiff Bryan Spears and Defendant Trans Union, LLC's Joint Stipulation of Dismissal with Prejudice. [R. 37.] The parties being in agreement, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. All of the Plaintiff's claims against Trans Union, LLC in this action shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to pay their own costs and fees, and;

2. All Defendants having been dismissed, this matter is hereby **STRICKEN** from the Court's active docket.

This the 8th day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge